## HENRY ET AL. *v.* HUNT ET AL.

From the Randolph Circuit Court.

*J. Smith,* for appellants.

*T. M. Browne,* for appellees.

DOWNEY, J.—The appeal in this case is by a part only of the co-parties who were defendants in the circuit court, and who were affected by the judgment, without complying with sec. 551, 2 G. & H. 270, and, according to the practice of the court, must be dismissed.

The appeal is dismissed, at the costs of the appellants.